Stephen A. Klein
3900 E. Mexico Ave., Suite 300
Denver, CO 80210

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jasmine Melendez, et al. | CASE NUMBER |
|---|---|
| v.   Plaintiff(s) | Click here to enter the case number. |
| America Organic Solutions Corp, a Florida corporation, Defendant(s) | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Klein, Stephen A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(720) 907-4654          (303) 927-0809
*Telephone Number*      *Fax Number*

sklein@woodrowpeluso.com
*E-Mail Address*

of  Woodrow & Peluso, LLC
3900 E. Mexico Ave.
Suite 300
Denver, CO 80210
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jasmine Melendez, and all others similarly situated,

*Name(s) of Party(ies) Represent*    ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Aftergood, Aaron D.
*Designee's Name (Last Name, First Name & Middle Initial)*

239853                (310) 550-5221        (310) 496-2840
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

aaron@aftergoodesq.com
*E-Mail Address*

of  The Aftergood Law Firm
1880 Century Park East
Suite 200
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge