# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE MELENDEZ,<br><br>PLAINTIFF(S)<br>v.<br>AMERICA ORGANIC SOLUTIONS CORP,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 20-5360-GW-RAOx<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| June 16, 2020 | 5 | Application of Non-Resident attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   Docket No. 5 is stricken for the reason(s) stated in the Notice [8] filed on June 17, 2020.

Clerk, U.S. District Court

Dated: June 18, 2020          By: Javier Gonzalez
                                                   Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge