Tanya Santillan, Bar No. 304287
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone:      (713) 650-9700
Facsimile:      (713) 650-9701
tsantillan@bakerdonelson.com

Attorneys for AMERICA ORGANIC SOLUTIONS CORP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE MELENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA ORGANIC SOLUTIONS CORP, a Florida corporation,<br><br>Defendant. | Case No.  2:20-cv-05360-GW RAOx<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:      June 16, 2020<br><br>Discovery Cutoff: None<br>Motion Cutoff:     None<br>Trial Date:            None |

Plaintiff Jasmine Melendez, individually an on behalf of all others similarly situated, and Defendant America Organic Solutions Corp., a Florida Corporation hereby notify the Court that the parties have reached an agreement to resolve this matter and are finalizing the settlement papers.  The settlement documents will call for the filing of a dismissal of Plaintiff's claims with prejudice, which would dispose of this case in its entirety.

To preserve judicial economy, the parties request that the Court abate all upcoming deadlines while the parties finalize the settlement and file the dismissal papers.

NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 16, 2020 | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC |
| 3 | | |
| 4 | | |
| 5 | | */s/ Tanya Santillan*<br>TANYA SANTILLAN<br>Attorneys for Defendant |
| 6 | | AMERICA ORGANIC SOLUTIONS CORP |

Dated: November 16, 2020

WOODROW & PELUSO, LLC

*/s/ Stephen A. Klein*
STEPHEN A. KLEIN
Attorneys for Plaintiff
JASMINE MELENDEZ

NOTICE OF SETTLEMENT

PROOF OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system:

**NOTICE OF SETTLEMENT**

The Participants listed below in the case whom are "active" registered CM/ECF users will be served by the CM/ECF system:

Aaron D. Aftergood
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067


Stephen A. Klein
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 E. Mexico Avenue
Suite 300
Denver, CO 80210

Executed on November 16, 2020, at Houston, Texas.

Signed: */s/ Tanya Santillan*

NOTICE OF SETTLEMENT