Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Stephen A. Klein*
sklein@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiff and the Classes*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASMINE MELENDEZ,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMERICA ORGANIC SOLUTIONS CORP,** a Florida corporation,<br><br>Defendant. | Case No. 2:20-cv-05360-GW-RAOx<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: June 16, 2020<br>Discovery Cutoff: None<br>Motion Cutoff: None<br>Trial Date: None |

Plaintiff Jasmine Melendez ("Melendez" or "Plaintiff") and Defendant America Organic Solutions Corp ("Defendant" or "AOS"), by and through their respective counsel, hereby file this stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims brought by Plaintiff in the above-captioned case, with each side bearing its own costs and fees.  None of the

rights of any putative class members other than Plaintiff have been released or are otherwise affected by this dismissal.  This dismissal resolves the entire action.

Dated: December 29, 2020     By: /s/ Stephen A. Klein

Stephen Klein
sklein@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-4654
Facsimile: (303) 927-0809

*Counsel for Plaintiff Jasmine Melendez*

Dated: December 29, 2020     By: /s/ Tanya Santillan

Tanya Santillan
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
tsantillan@bakerdonelson.com

*Counsel for Defendant America Organic Solutions Corp*